IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAXIE SMITH,

    Plaintiff,

v.                                  CASE NO. 4:13-cv-329-MW/CAS

THOMAS D. HALL,

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 10, filed September 23, 2013 and has also reviewed *de novo* Plaintiff's Objections to the Magistrate's Report and Recommendation, ECF No. 11, filed October 15, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion.

The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 9, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §1915(e)(2)." The Clerk shall note on the docket that this

1

cause is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).  The Clerk shall close the file.

 **SO ORDERED on October 15, 2013.**

               <u>s/Mark E. Walker</u>
               **United States District Judge**