IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAXIE SMITH,

      Plaintiff,

v.                                  CASE NO. 4:13-cv-329-MW/CAS

THOMAS D. HALL,

      Defendant.

_____/

**ORDER DENYING MOTION FOR
ENLARGEMENT OF TIME**

This Court has considered, without hearing, the Motion for Enlargement of Time, ECF No. 26, filed on December 16, 2013. Insofar as the motion is directed to this Court, the motion is **DENIED.**

Plaintiff appears to seek relief in the United States Court of Appeals for the Eleventh Circuit. The Clerk is directed to transmit Defendant's motion to the Eleventh Circuit Court of Appeals.

**SO ORDERED on January 3, 2014.**

                                                s/Mark E. Walker         
                                                **United States District Judge**